Order filed August 31,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00167-CV

                                                    __________

 

                                       DALE
MURPHY, Appellant

 

                                                             V.

 

                                         D.A.
MURPHY, Appellee



 

                                   On
Appeal from the 50th District Court

 

                                                             Knox
County, Texas

 

                                                       Trial
Court Cause No. 9289

 



 

                                                                     O
R D E R

            Dale
Murphy has filed in this court a motion to stay his appeal pending settlement. 
Murphy states that the parties have reached a settlement and need time to execute
the appropriate documents.  The motion is granted, and the appeal is abated
until further order of this court.

                                                                        

PER CURIAM

August 31, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.